IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cathie S. Henneberry, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO AMEND** |
| | ) | **SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| | ) | Case No. 1:22-cv-162 |
| Menard, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On October 10, 2023, the Parties filed a "Joint and Unopposed Motion to Amend Scheduling/Discovery Plan." (Doc. No. 31). They request that the court extend the expert deposition deadline and continue the trial currently scheduled for January 22, 2024.

The court **GRANTS** the Parties' motion (Doc. No. 31). The Parties shall have until January 15, 2024, to complete discovery depositions of expert witnesses. The final pretrial conference set for January 9, 2024, shall be rescheduled for April 30, 2024, at 9:00 AM by telephone. To participate in the conference, the Parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for January 22, 2024, shall be rescheduled for May 13, 2024, at 9:30 AM in Bismarck (courtroom #1) before Judge Traynor. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court